O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LINNEAR HAYS,<br><br>Petitioner,<br><br>v.<br><br>RANDY L. TEWS, Warden,<br><br>Respondent. | Case No. CV 16-01787-DMG-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Doc. # 1], the other records on file herein, the initial Report and Recommendation ("R&R") of the Magistrate Judge, and the Final R&R of the Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the initial R&R to which objections [Doc. # 32] have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

//

//

1   IT IS THEREFORE ORDERED that Judgment be entered dismissing the
Petition without prejudice to Petitioner seeking leave to file a successive motion under 28 U.S.C. § 2255 from the United States Court of Appeals for the Fifth Circuit.

DATED: May 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2