JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LINNEAR HAYS,<br><br>Petitioner,<br><br>v.<br><br>RANDY L. TEWS, Warden,<br><br>Respondent. | Case No. CV 16-01787-DMG-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice to Petitioner seeking leave to file a successive motion under 28 U.S.C. § 2255 from the United States Court of Appeals for the Fifth Circuit.

DATED:  May 28, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE